## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

Motennas, LLC, et al.

                                                 Plaintiff,

v.

                                                 Case No.:
                                                 1:23−cv−16058

                                                 Honorable Matthew F. Kennelly

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associates Identified on Schedule A, et al.

                                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 22, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: Certain defendants' motion for reconsideration [43] is taken as a motion to vacate the preliminary injunction. The motion contends that defendants have, among other things, a substantial defense of invalidity. Defendants are directed to file a memorandum in support of the motion by no later than 4:30 PM on 12/28/2023. Plaintiffs are directed to file a response by no later than 4:30 PM on 1/3/2024. An in−person hearing is set for 1/4/2024 at 9:30 AM in Courtroom 2103. The Court will not entertain requests to extend any of these dates. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.